# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**SYLVESTER BLEDSOE, #N8474**                        **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 5:05cv78DCB-MTP**

**CHRISTOPHER EPPS, Commissioner of MDOC;**
**and WALTER LOCKHART, Commander**                 **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of November, 2006.

                                                               S/DAVID BRAMLETTE
                                                               UNITED STATES DISTRICT JUDGE